United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                         No. C 08-5600 SI (pr)
                                               No. C 08-5606 SI (pr)
VINCENT ROSENBALM,
                                               **ORDER OF DISMISSAL**
       Plaintiff.
                                    /

On May 13, 2009, the court denied pauper status for plaintiff and ordered him to pay the full $350.00 filing fee for each of these actions by June 12, 2009 or each action would be dismissed. That deadline has passed but plaintiff never paid the filing fee for any of the actions. Accordingly, each referenced action is dismissed because plaintiff failed to comply with the order to pay the filing fee. The clerk shall close the file for each of the referenced cases.

IT IS SO ORDERED.

Dated: September 29, 2009                      _____
                                               SUSAN ILLSTON
                                               United States District Judge