**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.

VINCENT ROSENBALM,

    Plaintiff.

                                              /

No. C 08-5600 SI (pr)
No. C 08-5606 SI (pr)

**JUDGMENT**

Each of these actions is dismissed without prejudice to plaintiff asserting his claims in an action for which he pays the full filing fee at the time he files his complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 29, 2009

_____
SUSAN ILLSTON
United States District Judge